FILED

**NOT FOR PUBLICATION**

DEC 29 2009

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| ANIBAL ADOLIO GIRON MARTINEZ, | No. 07-71647 |
| Petitioner, | Agency No. A072-536-294 |
| v. |  |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. |  |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 15, 2009[**]

Before:     GOODWIN, WALLACE, and FISHER, Circuit Judges.

Anibal Adolio Giron Martinez, a native and citizen of Guatemala, petitions

for review of the Board of Immigration Appeals' order summarily affirming an

immigration judge's ("IJ") decision denying his application for asylum and

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

JK/Research

withholding of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence, *INS v. Elias-Zacarias*, 502 U.S. 478, 481 n.1 (1992), and we deny the petition for review.

Giron Martinez testified he fears personal retribution from former civil patrol members who hold a grudge against him for leaving Guatemala without serving in the military.  Substantial evidence supports the IJ's conclusion that Giron Martinez did not establish a well-founded fear on account of a protected ground if he returns to Guatemala.  *See Ochoa v. Gonzales*, 406 F.3d 1166, 1170-72 (9th Cir. 2005) (concluding that petitioners failed to prove their fear of persecution was on account of a protected ground); *see also Molina-Morales v. INS*, 237 F.3d 1048, 1052 (9th Cir. 2001) (personal retribution is not persecution on account of a protected ground).  Accordingly, his asylum and withholding of removal claims fail.

**PETITION FOR REVIEW DENIED.**